IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO VALDEZ, AN INDIVIDUAL,
Appellant,
vs.
MIGUEL VALDEZ, AN INDIVIDUAL,
Respondent.

No. 82055

FILED

AUG 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting an injunction. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

This appeal was docketed in this court on November 9, 2020. On May 3, 2021, this court entered an order reinstating briefing based on the determination that appellant has elected to proceed in this appeal pro se. The court directed appellant to file the transcript request form within 14 days and an opening brief within 60 days. Appellant failed to file the documents or otherwise communicate with this court. On July 16, 2021, this court entered an order concluding that respondent is also proceeding in this appeal pro se, directing transmission of the district court record, and again directing appellant to file the transcript request form or certificate of no transcript request and to file and serve either an opening brief that complies with NRAP 28 and NRAP 32, or the informal brief form for pro se parties provided by the clerk of this court within 14 days. This court cautioned appellant that failure to timely file the documents could result in the dismissal of the appeal. Pursuant to that order, the documents were due to be filed by July 30, 2021. To date, appellant has failed to file any of the

21-24967

required documents or otherwise communicate with this court. Accordingly, as it appears that appellant has abandoned this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. David M. Jones, District Judge
Persi J. Mishel, Settlement Judge
Mario Valdez
Miguel Valdez
Eighth District Court Clerk